RECEIVED
IN ALEXANDRIA, LA.

APR 1 2 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRUCE KINTRELL GREEN | DOCKET NO. 12-CV-2190 SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN RICARDO MARTINEZ | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the petition for writ of habeas corpus be DENIED.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 12th day of April, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT